IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

NOAH STEFFY                                                                   PLAINTIFF

        v.                      Civil No. 13-2113

SODEXO, INC.; JIM HUFFMAN;
SUSAN SHERWOOD; and
REBECCA ATWOOD                                        DEFENDANTS

## **ORDER**

Upon review of the Complaint, I find that it is appropriate for me to recuse in this case. The Clerk is directed to reassign this case to United States Magistrate Judge Erin Setser. The pending motions to proceed *in forma pauperis* and for service will be handled by Judge Setser.

IT IS SO ORDERED this 22nd day of July 2013.

/s/ *J. Marschewski*
  HON. JAMES R. MARSCHEWSKI
  CHIEF UNITED STATES MAGISTRATE JUDGE

-1-

AO72A
(Rev. 8/82)