IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

NOAH STEFFY                                                                       PLAINTIFF

v.                      Civil No. 13-2113

SODEXO, INC.; JIM HUFFMAN;
SUSAN SHERWOOD; and
REBECCA ATWOOD                                      DEFENDANTS

**REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

Noah Steffy brings this employment discrimination action pursuant to Title VII, 42 U.S.C. § 2000e. His complaint was provisionally filed subject to a later determination of whether it should be served upon the Defendants.

**I. Background**

Plaintiff filed this employment discrimination case against his former employer, Sodexo, Inc., Jim Huffman, the regional manager, Susan Sherwood, the general manager, and Rebecca Atwood, the manager. According to the allegations of the complaint, Plaintiff worked for Sodexo in Fort Smith, Arkansas, from August of 2009 until April of 2012. Beginning in mid-2010, Plaintiff alleges he was subjected to a "very hostile work environment" because he was male and because of his religion.[1] He alleges that the "daily defendant managers," presumably Sherwood and Atwood, had female "favorites."

Plaintiff alleges he: was denied promotions; his wages and pay increases were negatively impacted by the discrimination; and he was retaliated against and ultimately terminated for reporting the discrimination to Huffman. Plaintiff requests an award of compensatory and punitive damages.

---

[1] No other allegations are made pertaining to any religious discrimination.

## II. Discussion

Plaintiff's claims against the individual Defendants are subject to dismissal. The Eighth Circuit has held that supervisors may not be individually held liable under Title VII. *See e.g., Lee v. State of Minnesota, Dept. of Commerce*, 157 F.3d 1130 (8th Cir. 1998); *Spencer v. Ripley County State Bank*, 123 F.3d 690 (8th Cir. 1997); *Bonomolo-Hagen v. Clay Central-Everly Community School Dist.*, 121 F.3d 446, 447 (8th Cir. 1997). For this reason, all Title VII claims against the individually named defendants should be dismissed. *Lee*, 157 F.3d at 1135; *Bales v. Wal-Mart Stores, Inc.*, 143 F.3d 1103, 1111 (8th Cir. 1998)(the district court had properly held a Wal-Mart employee named as a defendant could only be liable in his capacity as an employee of Wal-Mart).

## III. Conclusion

I therefore recommend that all claims against Jim Huffman, Susan Sherwood, and Rebecca Atwood be dismissed. By separate order the complaint will be served on Sodexo, Inc..

**Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 24th day of July 2013.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE