IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

NOAH STEFFY                                                                                      PLAINTIFF

v.                            Civil No. 13-2113

SODEXO, INC.; JIM HUFFMAN;
SUSAN SHERWOOD; and
REBECCA ATWOOD                                                                        DEFENDANTS

## ORDER

Having previously granted Plaintiff *in forma pauperis* status, the Court hereby directs the United States Marshal to serve the Defendant Sodexo, Inc.  The Defendant may be served by serving its registered agent, Corporate Creations Network, Inc., 609 S.W. 8th Street #600, Bentonville, Arkansas 72712 by certified mail with a return receipt requested.

Defendant is to be served without prepayment of fees and costs or security therefor.  The Defendant is ordered to answer within twenty-one (21) days from the date of service.

**The Clerk is directed to prepare and issue summons and a USM 285 for the Defendant.**

IT IS SO ORDERED this 24th day of July 2013.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

-1-

**AO72A**
**(Rev. 8/82)**