Case 2:13-cv-02113-JLH Document 11 Filed 07/25/13 Page 1 of 2 PageID #: 21

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JUL 25 2013

CHRIS R. JOHNSON, Clerk
By
           Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

NOAH STEFFY                                                PLAINTIFF

V                    Civil No. 13-2113

SODEXO, INC; JIM HUFFMAN;

SUSAN SHERWOOD; and REBECCA ATWOOD                         DEFENDANT

### OBJECTION

### WITH REQUEST TO AMEND WITH PENDANT STATE LAW CLAIMS

### AND MOTION FOR APPOINTMENT OF COUNSEL

Pro se Plaintiff has been granted in forma pauperis status. If Plaintiff fails to adequately lodge an Objection he requests an extension of time to allow this Court time to rule on his Motion for Appointment of Counsel. Plaintiff seems to think like police officers acting under color of state law that have abused their authority and are sued in their individual capacity, supervisors and/or employees acting under employer/company policy and/or practices which are subject to Title VII, those individuals should be held to the same standard as the parent company. At all times the Defendants were acting as Sodexo employees, acting as Sodexo, and conspired to deprive Plaintiff of his civil rights, intentionally inflict emotional distress and physical harm, and did so under the acquiescence and OK of mid and upper level management Defendants, as outlined in the original Complaint (Pendant State Law claim) [see Original Complaint].

The issues and law are extremely complex and the ends of justice (and expediency) will best be served by appointing counsel to and for Plaintiff.

Wherefore Plaintiff prays this Court allow him to Amend to allow Pendant State Law claim(s) as outlined above , appoint competent counsel to Plaintiff, and any other action this Court deems necessary for justice.

Respectfully Submitted,

Noah Steffy, pro se Plaintiff, 7/25/13

P.O. Box 4462 Midland Station

Fort Smith, AR 72904

(479)494-0033