# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FORT SMITH DIVISION

NOAH STEFFY                                                                                    PLAINTIFF

v.                                            No. 2:13-CV-02113-JLH

SODEXO, INC.; JIM HUFFMAN;
SUSAN SHERWOOD; and
REBECCA ATWELL                                                                              DEFENDANTS

## CORPORATE DISCLOSURE STATEMENT OF SODEXO, INC.

Sodexo, Inc., by and through its counsel, Kutak Rock LLP, for its Corporate Disclosure Statement filed pursuant to Fed. R. Civ. P. 7.1, states:

1.     Sodexo, Inc. is a Delaware corporation and a wholly owned subsidiary of Sodexo, S.A., a societe anonyme of the Republic of France, whose stock is publicly traded on the Euronext Paris market.

2.     At all times relevant, plaintiff was an employee of Sodexo Operations, LLC. Sodexo Operations, LLC is the sole member of SDH Education East, LLC. Sodexo, Inc. is the sole member of Sodexo Operations, LLC.

    Respectfully submitted,

    James M. Gary, AR Bar No. 80051
    KUTAK ROCK LLP
    One Union National Plaza
    124 West Capitol Ave., 20th Floor
    Little Rock, Arkansas  72201
    Direct:  501.975.3140
    Main Dial:  501.975.3000
    Fax:  501.975.3001
    Jim.Gary@KutakRock.com

4844-5643-0869.1

                                            M. Scott Jackson, AR Bar No. 2008195
KUTAK ROCK, LLP
234 East Millsap Road, Suite 200
Fayetteville, AR  72703-4099
Direct:  479.695.1967
Main Dial:  479.973.4200
Fax:  479.973.0007
Scott.Jackson@KutakRock.com


By: /s/ Scott Jackson
    Attorneys for Defendant,
    Sodexo, Inc.


## CERTIFICATE OF SERVICE

    I hereby certify that on this 22nd day of August, 2013, the undersigned electronically filed the foregoing with the Clerk of Court through the CM/ECF system and served the following individuals with a copy of this pleading by depositing same in the United States Mail, postage prepaid:

Noah Steffy
P.O. Box 4462
Midland Station
Fort Smith, Arkansas 72904


                                            /s/ Scott Jackson
                                            M. Scott Jackson