AO 440 (Rev. 12/09) Summons in a Civil Action

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
AUG 2 3 2013
CHRIS R. JOHNSON, Clerk
By
                Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

| | |
|---|---|
| Noah Steffy )<br>   )<br>  *Plaintiff* )<br>   )<br>       v.    )   Civil Action No. 13-2113<br>   )<br>SODEXO, Inc, et al )<br>   )<br>  *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SODEXO, Inc
by serving registered Agent, Corporation Creations Network, Inc.
609 S.W. 8th Street, #600
Bentonville, AR 72712


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Noah Steffy
P.O Box 4462
Midland Station
Fort Smith, AR 72904


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CHRISTOPHER R. JOHNSON**

*CLERK OF COURT*

Date:  _____07/24/2013_____                    _____
                                                                              *Signature of Clerk or Deputy Clerk*

Civil Action No. 13-2113

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sodexo, Inc Registered Agent.
was received by me on *(date)* 7-26-2013.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Ashley Pickle , who is
designated by law to accept service of process on behalf of *(name of organization)* Corporate Creations
Network, Inc. on *(date)* 8-8-13 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 25.99 for travel and $ 55.00 for services, for a total of $ 80.99.

I declare under penalty of perjury that this information is true.

Date: 8-8-13

_____
Server's signature

Bycum, Claude M. DUSM
Printed name and title

35. E. Mountain St. Suite 101
Fayetteville, AR 72701
Server's address

Additional information regarding attempted service, etc: