UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
AUG 28 2013
CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

NOAH STEFFY                                                              PLAINTIFF

V                         No. 2:13-cv-02113-JLH

SODEXO INC, et all                                                       DEFENDANTS

### PLAINTIFFS RESPONSE TO DEFENDANTS ANSWER

Comes now pro se Plaintiff and for his initial Response to Defendants Answer states the following:

**I.**

Plaintiff fully exhausted all known and available administrative remedies, internal and external and in a timely fashion (including completed complaint process at the Equal Employment Opportunity Commission),has brought this complaint to this Court in a very good faith effort to have justice rendered and does in no wise wish to vex anyone, does state a meritorious claim upon which he is entitled to the relief sought in which genuine issues of material fact remain disputed;

**II.**

Defendant Sodexo's claim that it at all time acted in good faith and with reasonable care requires restraint to respond to: if I fail please forgive me. The acts and actions of Defendant Sodexo employees as outlined in the complaint were not exclusive, they were systemic, ongoing, and blatant and a part of Sodexo workplace; evidence and testimony will show this. Claiming ignorance is not a legitimate option, especially when Plaintiff made Sodexo management (as upper level and in a manner as he knew how, both written and verbal, in person and via

telephone,) aware of what was taking place at the Fort Smith, Arkansas location, as did other employees, and was harassed even harder to the point where he feared and dreaded going to work ; even a peripheral look at hirings, firings and work records should've given a reasonable man, or mildly diligent company, a cause to warrant corrective action, but none occurred and because of that failure and apparent intentionality by Defendant Sodexo, Defendant employees were allowed to conspire and violate Plaintiff's Constitutionally protected rights and basic human dignity, cause physical harm and maintain a dangerous work environment where "favorites" were given grossly preferential treatment, without fear of reprisal or just punishment, all the while claiming "best interest of the company" as the excuse;

### III.

Punitive Damages are proper and just in this case, and a legitimate facet of protecting state interest, especially as Defendant Sodexo avails itself of tax relief and other benefits and incentives   resulting from the state yet tramples the rights and dignity of some of its employees, creates hostile and dangerous work environments, and snubs its nose at state law, and the US Constitution, or allows same to go unchecked in the name of "Company interest" . Defendant Sodexo might have policies in place prohibiting certain behavior but, as is the case here, refusal to enforce punishment(s) prescribed for violation(s) nullifies those policies and therefore makes harassment, harm, and preferential treatment soundly within the scope of employment for some, if not all, of its employees, and this continues unabated. Punitive Damages will hopefully send Sodexo, and other companies maltreating some of their employees a message to act justly;

### IV.

Plaintiff is unable to investigate some of Defendant Sodexo's Answer and has filed a Motion for Appointment of Counsel to help litigate. Plaintiff has some limited ability and

wherewithal but feels concerned he might miss something critical in this pursuit of justice and prays this Court please notify him if he fails to address something he needs to address.

Respectfully Submitted,

*[signature]*

Noah Steffy, pro se Plaintiff

P.O. Box 4462

Midland Station

Fort Smith, AR 72904

floatingrockllc@yahoo.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAND DELIVERED A COPY OF THIS TO THE US DISTRICT COURT CLERK IN FORT SMITH AND MAILED A COPY TO DEFENDANT'S ATTTORNEY, SCOTT JACKSON, 234 E. MILSAP RD SUITE 200, FAYETTEVILLE, AR ON AUGUST 27, 2013.

NOAH STEFFY(PLAINTIFF) *[signature]*