IN THE US DISTRICT COURT

WESTERN DISTRICT OF ARKANSAS

FORT SMITH DIVISION

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

NOV 0 6 2013

CHRIS R. JOHNSON, Clerk
By
         Deputy Clerk

| | |
|---|---|
| NOAH STEFFY | PLAINTIFF |
| V.         NO. 13-2113 | |
| SUSAN SHERWOOD, ET AL | DEFENDANTS |

## CONCERN

I, Noah Steffy, Plaintiff in this case wish to express a serious concern to this Court. Today (Nov. 5, 2013) I received a letter from Scott Jackson (attorney for defendants) notifying me of their intent to contact me to schedule a time to discuss a Scheduling Order via telephone and enclosed was what looked like a copy of a Court Order dated October 15, 2013 titled "Initial Scheduling Order". I have never received a copy of this Order (if such an Order is legitimate). In fact I have not received anything at all from either this Court or attorneys in more than two months.

I appealed a Court recommendation that recommended dismissal of defendants Susan Sherwood and Rebecca Attwood from the Complaint, requested counsel be appointed, and requested to be allowed to Amend my Complaint (I have not heard anything at all on any of those filings yet). We checked with our Post Office manager and was assured that everything on their end is in good working order. Please advise to let me know I am being heard. I guess I should ask, am I supposed to get a copy of Court Orders, decisions, and scheduling, or am I supposed to check in from time to time, and if

I am supposed to check in from time to time, where and how and to whom should I check in? I thank you for your time and attention to this concern.

Respectfully Submitted,

*Noah Steffy*  11/5/13

Noah Steffy, pro se Plaintiff

P.O. Box 4462

Midland Station

Fort Smith, AR 72904

(479)494-0033
