UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

NOAH STEFFY                                                                                                    PLAINTIFF

v.                                            No. 2:13-CV-02113-JLH

SODEXO, INC.; JIM HUFFMAN;
SUSAN SHERWOOD; and
REBECCA ATWELL                                                                                            DEFENDANTS

## JOINT MOTION TO DISMISS WITH PREJUDICE

The parties, Sodexo, Inc. and Noah Steffy, for their Joint Motion to Dismiss with Prejudice, state:

1. Plaintiff originally filed this action against Sodexo, Inc., Jim Huffman, Susan Sherwood, and Rebecca Atwell on April 24, 2013. The Defendants timely Answered and denied liability for the claims asserted by the Plaintiff.

2. The parties have now reached an amicable resolution of this matter. Pursuant to the parties' settlement agreement, this matter should now be dismissed with prejudice.

WHEREFORE, the parties request that the Court grant their Joint Motion to Dismiss with Prejudice, that the Court enter an Order dismissing all claims with prejudice, and for any other relief to which they are entitled.

1

4815-3790-2103.1

Respectfully submitted,

/s/ Noah Steffy
Noah Steffy (*Pro Se*)
P.O. Box 4462
Midland Station
Fort Smith, Arkansas 72904
(479) 494-0033

and

/s/ M. Scott Jackson
M. Scott Jackson

M. Scott Jackson, AR Bar No. 2008195
KUTAK ROCK, LLP
234 East Millsap Road, Suite 200
Fayetteville, AR  72703-4099
Direct:  479.695.1967
Main Dial:  479.973.4200
Fax:  479.973.0007
Scott.Jackson@KutakRock.com

James M. Gary, AR Bar No. 80051
KUTAK ROCK LLP
One Union National Plaza
124 West Capitol Ave., 20th Floor
Little Rock, Arkansas  72201
Direct:  501.975.3140
Main Dial:  501.975.3000
Fax:  501.975.3001
Jim.Gary@KutakRock.com

**Attorneys for Defendant, Sodexo, Inc.**

2

## CERTIFICATE OF SERVICE

    I hereby certify that on this 10th day of December, 2013, the undersigned electronically filed the foregoing with the Clerk of Court through the CM/ECF system and served the following individuals with a copy of this pleading by depositing same in the United States Mail, postage prepaid:

Noah Steffy
P.O. Box 4462
Midland Station
Fort Smith, Arkansas 72904

                                                                  /s/ M. Scott Jackson
                                                                  M. Scott Jackson