IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

NOAH STEFFY                                                          PLAINTIFF

       v.           Civil No. 13-2113

SODEXO, INC.; JIM HUFFMAN;
SUSAN SHERWOOD; and REBECCA
ATWOOD                                                               DEFENDANTS

### O R D E R

Now on this 10th day of December, 2013, comes on for consideration the parties' **Joint Motion To Dismiss With Prejudice** (document #22), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**.

**IT IS THEREFORE ORDERED** that this matter is **dismissed with prejudice**.

**IT IS SO ORDERED.**

                                       /s/ Jimm Larry Hendren
                                       JIMM LARRY HENDREN
                                       UNITED STATES DISTRICT JUDGE